ELEANOR SULLIVAN v. JOSEPH F. SULLIVAN.

October 27, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. OVID ROTHE.

October 27, 1981.

Petition for certification denied.

LABORERS' LOCAL UNION NOS. 472 & 172 v.
INTERSTATE CURB & SIDEWALK.

October 27, 1981.

Petition for certification granted.

STATE OF NEW JERSEY v. ROBERT CALDARA.

October 27, 1981.

Petition for certification denied.